**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES LOUIS BLAND SR. ) | Case No. 21−32562−KRH |
| ) | Chapter 13 |
| Debtor ) | |
| ) | |
| ATLANTIC BAY MORTGAGE ) | |
| GROUP, LLC. ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES LOUIS BLAND SR., et al. ) | |
| ) | |
| Respondents ) | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW the Debtor, by counsel, and as and for Debtor's Response to the above styled Motion for Relief From the Automatic Stay ("Motion"), states as follows:

1. The allegations contained in paragraphs 1, 2, 3, and 5 of the Motion are admitted.

2. The Debtor is without sufficient information to admit or deny the allegations contained in paragraphs 4 and 6 of the Motion, and therefore denies the same.

WHEREFORE, the Debtor respectfully requests that the Motion for Relief From the Automatic Stay be denied, and for such other relief as the Court deems appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

                                                  JAMES LOUIS BLAND SR.

                                          By: /s/ James E. Kane
                                                          Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof.

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com